# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. MARK MEKHITARIAN,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID RAMIREZ, et al.,<br><br>   Defendants. | Case No. 1:25-cv-01135-KES-SAB<br><br>ORDER REGARDING STIPULATION TO ALLOW PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 8) |

Before the Court is a stipulation by the parties to allow Plaintiff leave to file an amended complaint. For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall file his amended complaint within **three (3) days** of the entry of this order. In light of the foregoing, the Court CONTINUES the initial scheduling conference to **March 3, 2026, at 10:30 a.m.** The Court finds that the remainder of the parties' stipulation need not be memorialized by a Court order at this time, leaving those agreements to remain between the parties.

IT IS SO ORDERED.

Dated: __November 10, 2025__

STANLEY A. BOONE
United States Magistrate Judge