1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. MARK MEKHITARIAN, | Case No. 1:25-cv-01135-KES-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| DAVID RAMIREZ, et al., | (ECF No. 11) |
| Defendants. | |

Before the Court is the parties' stipulation to extend the time in which Defendants may answer the complaint.  For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through December 12, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:   **November 25, 2025**

_____

STANLEY A. BOONE
United States Magistrate Judge